

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00317-CR

**CHAZ ANTHONY PHILLIP JONES,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. F50789**

## MEMORANDUM OPINION

Chaz Anthony Phillip Jones pled guilty to one count of Aggravated Sexual Assault of a Child and one count of Online Solicitation of a Minor. *See* TEX. PENAL CODE ANN. §§ 22.021(a)(2)(B); 33.021(c) (West 2011 & 2016). He was sentenced to 45 years and 20 years in prison, respectively.[1] The trial court's judgments are affirmed.

In one issue, Jones contends that his sentences are grossly disproportionate to the

---

[1] Jones was also found guilty of possession of a controlled substance. The appeal of this offense was severed from this appeal and disposed of in another appellate case number, 10-19-00074-CR.

respective offenses under the Eighth Amendment to the United States Constitution and Article I, Section 13 of the Texas Constitution. *See* U.S. CONST. amend. VIII; *see also* TEX. CONST. art. I, § 13. A disproportionate-sentence claim must be preserved for appellate review. *See* TEX. R. APP. P. 33.1(a)(1); *Rhoades v. State*, 934 S.W.2d 113, 120 (Tex. Crim. App. 1996); *Noland v. State*, 264 S.W.3d 144, 151 (Tex. App.—Houston [1st Dist.] 2007, pet. ref'd). At trial, Jones did not object to the imposed sentences. Further, Jones did not raise a disproportionate-sentence claim in his motion for new trial or otherwise present a post-trial objection to the imposed sentences. Thus, Jones's complaint is not preserved, and his sole issue is overruled.

Having overruled Jones's sole issue on appeal, we affirm the trial court's judgments.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins[2]
Affirmed
Opinion delivered and filed February 27, 2019
Do not publish
[CRPM]



---

[2] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).